UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHLEEN MCFEETERS )
) NO. 3-13-0467
v. ) JUDGE CAMPBELL
)
NORTHWEST HOSPITAL, LLC, et al. )

ORDER

Pending before the Court are Motions to Dismiss filed by Defendant Northwest Hospital (Docket No. 55) and Defendant Community Health Systems, Inc. (Docket No. 57). For the reasons stated in the accompanying Memorandum, Defendant Northwest Hospital's Motion to Dismiss (Docket No. 55) is GRANTED in part and DENIED in part. Plaintiff's claims for violations of the FCA are DISMISSED except for Plaintiff's retaliation claim.

Defendant CHS' Motion to Dismiss (Docket No. 57) is GRANTED, and all claims against Defendant CHS are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE